**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tammy Nelson<br>Frederick H. Nelson<br><u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-23652 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Cenlar FSB as Servicer for HomeBridge Financial Services, Inc., and index same on the master mailing list.

Re: Loan # Ending In: 5528

                                          Respectfully submitted,

                                          **/s/ Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          jgoldman@kmllawgroup.com
                                          Attorney I.D. No. 205047
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: 215-825-6306
                                          Fax: 215-825-6406
                                          Attorney for Movant/Applicant