FILED
11/10/16 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Nelson                                    (JAD)/TPA/CMB/GLT
Date of Meeting: 11/7/16
Case Number: 16-23652   Recording # 14
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Robleto    (Present ✓ or Not Present ___)
Date of Plan at § 341: 9/29/16   Applicable commitment period ___ 3 yrs ___ 5 yrs

Thomas Michael for Sterling.

Continued for confirmation of payments

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                              ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR  ✓ Conciliation Conf. OR ___ *Contested Hearing
On 12/15/16             at 3:00 am/pm Location

_____
Chapter 13 Trustee/Attorney for Trustee