UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-23652-JAD |
| | ) | |
| TAMMY NELSON | ) | Chapter 13 |
| FREDERICK H. NELSON | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| STERLING JEWELERS, INC dba | ) | |
| KAY JEWELERS | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAMMY NELSON | ) | |
| FREDERICK H. NELSON, Debtors | ) | |
| and RONDA J. WINNECOUR, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BEING DOCKET NUMBER 21

Notice is hereby given that the Objection to Confirmation of Chapter 13 Plan being Docket Number 21 filed by this office on behalf of Sterling Jewelers, Inc. dba Kay Jewelers is hereby withdrawn as the parties have resolved the objection.

Respectfully submitted,

/s/ *Alan C. Hochheiser*
Alan C. Hochheiser, Esq.
Ohio State Bar No. 0041222
hochheiser@buckleyking.com
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114
Telephone:  (216) 363-1400
Facsimile:  (216) 579-1020

*Counsel for Sterling Jewelers, Inc. dba Kay Jewelers*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re: | Case No. 16-23652-JAD |
| TAMMY NELSON<br>FREDERICK H. NELSON | Chapter 13 |
| Debtors. | |
| STERLING JEWELERS, INC dba<br>KAY JEWELERS | |
| Movant, | |
| v. | |
| TAMMY NELSON<br>FREDERICK H. NELSON, Debtors<br>and RONDA J. WINNECOUR, Trustee | |
| Respondents. | |

## CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BEING DOCKET NUMBER 21

The undersigned, Alan C. Hochheiser, of Buckley King LPA, hereby certifies that I am more than 18 years of age, and that I served a copy of the Notice of Withdrawal of Objection to Confirmation of Chapter 13 Plan on November 30, 2016, to the following via CM/ECF Electronic mail and by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Aurelius P. Robleto, Esq.
Robelto Law
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(Via E-mail: apr@robletolaw.com)

Ronda J. Winnecour, Trustee
600 Grant Street, Suite 3250
Pittsburgh, PA 15219
(Via E-mail:
cmecf@chapter13trusteewdpa.com)

Tammy and Frederick Nelson
621 Idlewood Avenue
Carnegie, PA  15106-1126

Dated: November 30, 2016 /s/ *Alan C. Hochheiser*
Alan C. Hochheiser, Esq.
Ohio State Bar No. 0041222
hochheiser@buckleyking.com
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114
Telephone: (216) 363-1400
Facsimile: (216) 579-1020

*Counsel for Sterling Jewelers, Inc. dba Kay Jewelers*

2082128_1