Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tammy Nelson
Frederick H. Nelson**
  Debtor(s)

Bankruptcy Case No.: 16–23652–JAD
Issued Per Apr. 13, 2017 Proceeding
Chapter: 13
Docket No.: 34 – 6, 28
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 29, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $1,680 as of January 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Sterling Jewelers, Inc. at Claim No. 1 at zero percent. American Credit Acceptance at Claim No. 16 at $266.56 per month. Aarons, Inc. at Claim No. 31 at zero percent. .

☐ H.  Additional Terms:

*(2.)* ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 21, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 16-23652-JAD
Tammy Nelson                                                             Chapter 13
Frederick H. Nelson
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 3                  Date Rcvd: Apr 21, 2017
                              Form ID: 149                Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         Tammy Nelson,    Frederick H. Nelson,    621 Idlewood Ave,    Carnegie, PA 15106-1126
cr            +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                Pittsburgh, PA 15212-5866
14354887      +Aarons Inc,    PO Box 100039,   Kennesaw, GA 30156-9239
14297878       Advance America,    1635 Franklin St,    Toronto, OH 43964
14326590       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14297880       Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
14297883       Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
14297885     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238-1119)
14297889       Cbe Group,    Attn: Bankruptcy,   PO Box 900,    Waterloo, IA 50704-0900
14297890       Cenlar,   425 Phillips Blvd,    Ewing, NJ 08618-1430
14297891       Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
14297892       Citizens Bank,    PO Box 7000,   Providence, RI 02940-7000
14297893       Combined Insurance,    PO Box 1160,   Glenview, IL 60025-8160
14297894       Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
14297895       Comenity Bank/ Crate and Barrel,    PO Box 659705,    San Antonio, TX 78265-9705
14297896       Comenity Bank/Avenue,    PO Box 659584,   San Antonio, TX 78265-9584
14297897       Comenity Bank/Bon Ton,    PO Box 182273,    Columbus, OH 43218-2273
14297898       Comenity Bank/Brylane Home,    PO Box 659728,    San Antonio, TX 78265-9728
14297899       Comenity Bank/Brylnhme,    PO Box 182789,    Columbus, OH 43218-2789
14297900       Comenity Bank/Cathrins,    4590 E Broad St,    Columbus, OH 43213-1301
14297901       Comenity Bank/Eldrbrmn,    PO Box 182789,    Columbus, OH 43218-2789
14297902       Comenity Bank/Lane Bryant,    PO Box 659728,    San Antonio, TX 78265-9728
14297903       Comenity Bank/Roamans,    PO Box 182125,    Columbus, OH 43218-2125
14297904       Comenity Bank/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
14297905       Comenity Bank/Womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
14297906       Comenitybank/fllbeauty,    4590 E Broad St,    Columbus, OH 43213-1301
14297907       Community Credit,    15503 Ventura Blvd Ste 300,    Encino, CA 91436-3127
14297909       Credit Control, LLC,    PO Box 248,   Hazelwood, MO 63042-0248
14297910       D & A Services,    1400 E Touhy Ave Ste G2,    Des Plaines, IL 60018-3338
14355489       Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                Carol Stream, IL 60197-5008
14354863      +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14297915       KML Law Group, P.C.,    David Fein, Esq. Mellon Independence Cen,    701 Market St Ste 5000,
                Philadelphia, PA 19106-1541
14297914       Keymed Data Services,    PO Box 102607,   Atlanta, GA 30368-2607
14348771      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
14347752      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14297919       Preferred Primary Care Physcians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297920       Preferred Primary Care Physicians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297921       Prime Credit,    6170 W Lake Mead Blvd # 461-2439,    Las Vegas, NV 89108-2661
14297922       Progressive Debt Relief,    5703 Red Bug Lake Rd Ste 283,    Winter Springs, FL 32708-4969
14297924       RMS,   PO Box 361598,    Columbus, OH 43236-1598
14297923       Real Payday Loan Help,    13505 S Mur Len Rd Ste 105,    Olathe, KS 66062-1600
14297925       Sears/Cbna,   PO Box 6282,    Sioux Falls, SD 57117-6282
14297926       ShopNow Pay Plan,    PO Box 2852,   Monroe, WI 53566-8052
14308966       Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
14297936       Wfdillards,   PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2017 01:13:56
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
14297881       E-mail/Text: g20956@att.com Apr 22 2017 01:13:08     AT & T,    PO Box 6416,
                Carol Stream, IL 60197-6416
14297882       E-mail/Text: g20956@att.com Apr 22 2017 01:13:08     AT & T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
14354586      +E-mail/Text: g20956@att.com Apr 22 2017 01:13:09     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
14297877       Fax: 864-336-7400 Apr 22 2017 01:36:16     Advance America,    1365 Franklin St,
                Toronto, OH 43964-1025
14297879       E-mail/Text: bankruptcy@acacceptance.com Apr 22 2017 01:12:28      American Credit Accept,
                961 E Main St,    Spartanburg, SC 29302-2185
14297884       E-mail/Text: cms-bk@cms-collect.com Apr 22 2017 01:11:53      Capital Management Services, LP,
                698 S Ogden St,    Buffalo, NY 14206-2317
14297887       E-mail/Text: cashamerica@nuvox.net Apr 22 2017 01:12:04      Cashland,    2134 Sunset Blvd,
                Steubenville, OH 43952-2432
14297888       E-mail/Text: bankruptcynotices@cbecompanies.com Apr 22 2017 01:13:01       Cbe Group,
                1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Apr 21, 2017
                              Form ID: 149            Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14297908      E-mail/Text: Umesh.Patil@credencerm.com Apr 22 2017 01:13:15     Credence,
               17000 Dallas Pkwy Ste 204,   Dallas, TX  75248-1940
14297911      E-mail/Text: collections@greentrustcash.com Apr 22 2017 01:13:15     Green Trust Cash,
               PO Box 340,   Hays, MT  59527-0340
14297912      E-mail/Text: Bankruptcy@homebridge.com Apr 22 2017 01:13:21
               Homebridge Financial Services Inc.,   194 Wood Ave S Fl 9,   Iselin, NJ  08830-2761
14297913     +E-mail/Text: ebnsterling@weltman.com Apr 22 2017 01:11:56     Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
14297916      Fax: 864-336-7400 Apr 22 2017 01:36:16     National Cash Advance,   4213 Mall Dr,
               Steubenville, OH  43952-3011
14357397      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:31:21
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14297917      E-mail/Text: bankruptcypgl@plaingreenloans.com Apr 22 2017 01:13:05     Plain Green Loans,
               PO Box 270,   Box Elder, MT  59521-0270
14297918     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:14:14
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14317967      E-mail/Text: bnc-quantum@quantum3group.com Apr 22 2017 01:12:02
               Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
               Kirkland, WA  98083-0788
14308027      E-mail/Text: bnc-quantum@quantum3group.com Apr 22 2017 01:12:01
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14318836      E-mail/Text: bnc-quantum@quantum3group.com Apr 22 2017 01:12:02
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA  98083-0788
14298395      E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2017 01:13:39
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14302467     +E-mail/Text: ecf@buckleyking.com Apr 22 2017 01:11:39
               Sterling Jewelers, Inc. dba Kay Jewelers,   c/o Buckley King LPA,
               600 Superior Avenue East, Suite 1400,   Cleveland, Ohio 44114-2693
14297927      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:50     Syncb/gap,   PO Box 965005,
               Orlando, FL  32896-5005
14297928      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:36     Syncb/jcp,   PO Box 965007,
               Orlando, FL  32896-5007
14297929     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:14:07     Syncb/lowes,   PO Box 956005,
               Orlando, FL 32896-0001
14297930      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:36     Syncb/oldnavydc,   PO Box 965005,
               Orlando, FL  32896-5005
14297931      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:50     Syncb/qvc,   PO Box 965018,
               Orlando, FL  32896-5018
14297932      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:50     Syncb/steinmart Pllc,
               PO Box 965005,   Orlando, FL  32896-5005
14297933      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:51     Syncb/tjx Cos,   PO Box 965015,
               Orlando, FL  32896-5015
14297934      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:36     Walmart/Synchrony Bank,
               PO Box 530927,   Atlanta, GA  30353-0927
14297935      E-mail/Text: bnc-bluestem@quantum3group.com Apr 22 2017 01:13:10     Webbank/gettington,
               6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                                             TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HomeBridge Financial Services, Inc.
cr              Sterling Jewelers, Inc. dba Kay Jewelers
14297886*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA N,   15000 Capital One Dr,
                Richmond, VA  23238-1119)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

Case 16-23652-JAD   Doc 35   Filed 04/23/17   Entered 04/24/17 00:51:46   Desc Imaged
                             Certificate of Notice   Page 6 of 6

```
District/off: 0315-2          User: jhel                 Page 3 of 3               Date Rcvd: Apr 21, 2017
                              Form ID: 149               Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:

```
          Alan C. Hochheiser    on behalf of Creditor    Sterling Jewelers, Inc. dba Kay Jewelers
           ahochheiser@mauricewutscher.com
          Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com,  rmk@robletolaw.com,
           lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```