**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-23652-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Tammy Nelson<br>621 Idlewood Ave<br>Carnegie PA 15106-1126 | Frederick H. Nelson<br>621 Idlewood Ave<br>Carnegie PA 15106-1126 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: American Credit Accept, 961 E Main St, Spartanburg, SC  29302-2185 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/18/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tammy Nelson  
Frederick H. Nelson  
     Debtors

Case No. 16-23652-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Apr 16, 2018  
                     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14297879      E-mail/Text: bankruptcy@acacceptance.com Apr 17 2018 01:48:06      American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185

                                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
           Alan C. Hochheiser    on behalf of Creditor    Sterling Jewelers, Inc. dba Kay Jewelers ahochheiser@mauricewutscher.com  
           Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
           Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
           Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
           Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com, rmk@robletolaw.com, mdg@robletolaw.com,apr@ecf.courtdrive.com  
           James  Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
           Joshua I. Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                   TOTAL: 10