IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TAMMY NELSON and
FREDERICK H. NELSON,

        Debtor(s).

: Bankruptcy No. 16-23652JAD
:
:
:
: Chapter 13
:
:
:
: Document No. 41
:
:
: Per the 5/2/2018 Proceeding
:

## ORDER

AND NOW, this **4th** day of **May, 2018**, regarding the *Objection To Notice of Postpetition Mortgage Fees, Expenses and Charges* filed by the Chapter 13 Trustee at Document No. **41**,

It is hereby **ordered** that the hearing on said matter is **continued** to **June 13, 2018**, at **10:00 AM** in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.



sjk

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtors
Debtors' Counsel
James C. Warmbrodt, Esq.
Chapter 13 Trustee
Office of the U.S. Trustee

FILED
5/4/18 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023568

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                            Case No. 16-23652-JAD
Tammy Nelson                                                      Chapter 13
Frederick H. Nelson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1                  Date Rcvd: May 04, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db/jdb         Tammy Nelson,   Frederick H. Nelson,   621 Idlewood Ave,   Carnegie, PA 15106-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Alan C. Hochheiser    on behalf of Creditor    Sterling Jewelers, Inc. dba Kay Jewelers
               ahochheiser@mauricewutscher.com
              Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com,   rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10