UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | TAMMY & FREDERICK H. NELSON |
| Case Number: | 16-23652-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 07, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/8/18 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#39 - Trustee's Certificate of Default to Dismiss

#54 - Amended Plan Dated 5/4/2018 (FC)
[Trustee cannot use #58 plan due to NO debtor's name on the actual plan]
R / M #: 39 / 0

*Appearances:*

Debtor: *Kimse Kuruce*
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by _June 21, 2018_
   Objections are due on or before _July 12, 2018_
   A hearing on the Amended Plan is set for _July 26, 2018_ at _10:00_.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/31/2018   11:33:05 AM