Form 221

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tammy Nelson
Frederick H. Nelson**
   Debtor(s)

Bankruptcy Case No.: 16–23652–JAD
Chapter: 13
Related To Document No.:
Concil. Conf.: July 26, 2018 at 10:00 AM

## **ORDER**

      On June 7, 2018, a Conciliation Conference was conducted on the May 4, 2018 Plan , at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 8th of June, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before June 21, 2018,** the Debtor(s) shall file and serve a copy of this **Order** and a **Notice of Proposed Modification to Confirmed Plan**, and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

      (2)  **On or before July 12, 2018,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

      (3)  **On July 26, 2018 at 10:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)  [#39] Trustee's Certificate of Default to Dismiss is continued to July 26, 2018 at 10:00 am in Room 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.

Dated: June 8, 2018

                                                Jeffery A. Deller
                                                United States Bankruptcy Judge

cm: Debtor
     Counsel for Debtor

```
                     United States Bankruptcy Court
                     Western District of Pennsylvania
In re:                                                    Case No. 16-23652-JAD
Tammy Nelson                                              Chapter 13
Frederick H. Nelson
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 1             Date Rcvd: Jun 08, 2018
                              Form ID: 221            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db/jdb         Tammy Nelson,    Frederick H. Nelson,    621 Idlewood Ave,    Carnegie, PA  15106-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
              Alan C. Hochheiser    on behalf of Creditor   Sterling Jewelers, Inc. dba Kay Jewelers
               ahochheiser@mauricewutscher.com
              Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com, rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10