# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** TAMMY & FREDERICK H. NELSON
**Case Number:** 16-23652-JAD     **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JUNE 13, 2018 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Trustee's Objection To Notice of Postpetition Mortgage Fees, Expenses and Charges
- Response Filed 4/23/2018 by HomeBridge Financial Services, Inc. @ Doc. #47 [Due 4/23/2018]
- Hearing Held 5/2/2018 - Continued to 6/13/2018
R / M #:  41 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Aurelius P. Robleto, Esq. /Cova
CREDITOR: James C. Warmbrodt, Esq.

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Stipulation approved.

FILED
6/13/18 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge