Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tammy Nelson**
**Frederick H. Nelson**
   Debtor(s)

Bankruptcy Case No.: 16–23652–JAD
Doc. #72
Chapter: 13
Docket No.: 73 – 72
Concil. Conf.: June 20, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 13, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 20, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23652-JAD
Tammy Nelson                                                              Chapter 13
Frederick H. Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: skoz             Page 1 of 3              Date Rcvd: Mar 13, 2019
                            Form ID: 410           Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.

```
db/jdb          Tammy Nelson,    Frederick H. Nelson,    621 Idlewood Ave,    Carnegie, PA 15106-1126
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14354887       +Aarons Inc,    PO Box 100039,    Kennesaw, GA 30156-9239
14297878        Advance America,    1635 Franklin St,    Toronto, OH 43964
14326590        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14297880        Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
14297883        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14297889        Cbe Group,    Attn: Bankruptcy,    PO Box 900,    Waterloo, IA 50704-0900
14297890        Cenlar,   425 Phillips Blvd,    Ewing, NJ 08618-1430
14297891        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14297892        Citizens Bank,    PO Box 7000,    Providence, RI 02940-7000
14297893        Combined Insurance,    PO Box 1160,    Glenview, IL 60025-8160
14297907        Community Credit,    15503 Ventura Blvd Ste 300,    Encino, CA 91436-3127
14297909        Credit Control, LLC,    PO Box 248,    Hazelwood, MO 63042-0248
14297910        D & A Services,    1400 E Touhy Ave Ste G2,    Des Plaines, IL 60018-3338
14355489        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14354863       +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14297915        KML Law Group, P.C.,    David Fein, Esq. Mellon Independence Cen,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
14297914        Keymed Data Services,    PO Box 102607,    Atlanta, GA 30368-2607
14965617       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14347752       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14297919        Preferred Primary Care Physcians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297920        Preferred Primary Care Physicians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297921        Prime Credit,    6170 W Lake Mead Blvd # 461-2439,    Las Vegas, NV 89108-2661
14297922        Progressive Debt Relief,    5703 Red Bug Lake Rd Ste 283,    Winter Springs, FL 32708-4969
14297924        RMS,   PO Box 361598,    Columbus, OH 43236-1598
14297923        Real Payday Loan Help,    13505 S Mur Len Rd Ste 105,    Olathe, KS 66062-1600
14297925        Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
14297926        ShopNow Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
14308966        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14297936        Wfdillards,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2019 03:07:45
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14297881        E-mail/Text: g20956@att.com Mar 14 2019 03:01:55      AT & T,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14297882        E-mail/Text: g20956@att.com Mar 14 2019 03:01:55      AT & T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14354586       +E-mail/Text: g20956@att.com Mar 14 2019 03:01:55      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14297877        Fax: 864-336-7400 Mar 14 2019 03:25:08      Advance America,    1365 Franklin St,
                 Toronto, OH 43964-1025
14297879        E-mail/Text: bankruptcy@acacceptance.com Mar 14 2019 03:01:15      American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
14297885        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:07:26      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
14297886        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:08:04
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
14297884        E-mail/Text: cms-bk@cms-collect.com Mar 14 2019 03:00:30      Capital Management Services, LP,
                 698 S Ogden St,    Buffalo, NY 14206-2317
14297887        E-mail/Text: cashamerica@nuvox.net Mar 14 2019 03:00:43      Cashland,    2134 Sunset Blvd,
                 Steubenville, OH 43952-2432
14297888        E-mail/Text: bankruptcynotices@cbecompanies.com Mar 14 2019 03:01:45      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14297894        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:35      Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
14297895        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:35
                 Comenity Bank/ Crate and Barrel,    PO Box 659705,    San Antonio, TX 78265-9705
14297896        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:35      Comenity Bank/Avenue,
                 PO Box 659584,    San Antonio, TX 78265-9584
14297897        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Bon Ton,
                 PO Box 182273,    Columbus, OH 43218-2273
14297898        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Brylane Home,
                 PO Box 659728,    San Antonio, TX 78265-9728
```

```
District/off: 0315-2          User: skoz                  Page 2 of 3                   Date Rcvd: Mar 13, 2019
                              Form ID: 410                Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14297899       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Brylnhme,
                 PO Box 182789,    Columbus, OH 43218-2789
14297900       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Cathrins,
                 4590 E Broad St,    Columbus, OH 43213-1301
14297901       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Eldrbrmn,
                 PO Box 182789,    Columbus, OH 43218-2789
14297902       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:36      Comenity Bank/Lane Bryant,
                 PO Box 659728,    San Antonio, TX 78265-9728
14297903       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:37      Comenity Bank/Roamans,
                 PO Box 182125,    Columbus, OH 43218-2125
14297904       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:37      Comenity Bank/Vctrssec,
                 PO Box 182789,    Columbus, OH 43218-2789
14297905       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:37      Comenity Bank/Womnwthn,
                 4590 E Broad St,    Columbus, OH 43213-1301
14297906       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2019 03:00:37      Comenitybank/fllbeauty,
                 4590 E Broad St,    Columbus, OH 43213-1301
14297908       E-mail/Text: bankruptcy@credencerm.com Mar 14 2019 03:02:02      Credence,
                 17000 Dallas Pkwy Ste 204,    Dallas, TX 75248-1940
14297911       E-mail/Text: collections@greentrustcash.com Mar 14 2019 03:02:02       Green Trust Cash,
                 PO Box 340,    Hays, MT 59527-0340
14297912       E-mail/Text: Bankruptcy@homebridge.com Mar 14 2019 03:02:18
                 Homebridge Financial Services Inc.,    194 Wood Ave S Fl 9,   Iselin, NJ 08830-2761
14810971       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2019 03:01:39      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
14297913      +E-mail/Text: BKRMailOPS@weltman.com Mar 14 2019 03:00:32      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14348771      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2019 03:01:15       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14297916       Fax: 864-336-7400 Mar 14 2019 03:25:08      National Cash Advance,    4213 Mall Dr,
                 Steubenville, OH 43952-3011
14357397       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:07:27
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14297917       E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 14 2019 03:01:51       Plain Green Loans,
                 PO Box 270,    Box Elder, MT 59521-0270
14297918      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:07:27
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14317967       E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2019 03:00:41
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14308027       E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2019 03:00:41
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
14318836       E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2019 03:00:41
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
14298395       E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2019 03:08:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14302467      +E-mail/Text: ecf@buckleyking.com Mar 14 2019 03:00:13
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14297927       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:40      Syncb/gap,    PO Box 965005,
                 Orlando, FL 32896-5005
14297928       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Syncb/jcp,    PO Box 965007,
                 Orlando, FL 32896-5007
14297929      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Syncb/lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
14297930       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Syncb/oldnavydc,    PO Box 965005,
                 Orlando, FL 32896-5005
14297931       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Syncb/qvc,    PO Box 965018,
                 Orlando, FL 32896-5018
14297932       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Syncb/steinmart Pllc,
                 PO Box 965005,    Orlando, FL 32896-5005
14297933       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:23      Syncb/tjx Cos,    PO Box 965015,
                 Orlando, FL 32896-5015
14297934       E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41      Walmart/Synchrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
14297935       E-mail/Text: bnc-bluestem@quantum3group.com Mar 14 2019 03:01:57       Webbank/gettington,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 48

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            HomeBridge Financial Services, Inc.
 cr            Sterling Jewelers, Inc. dba Kay Jewelers
```

```
District/off: 0315-2           User: skoz                Page 3 of 3                Date Rcvd: Mar 13, 2019
                               Form ID: 410              Total Noticed: 79

cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems,   PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
                 Greenville, SC 29603-0826
                                                                                          TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:

```
              Alan C. Hochheiser    on behalf of Creditor    Sterling Jewelers, Inc. dba Kay Jewelers
               ahochheiser@mauricewutscher.com
              Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10
```