**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tammy Nelson** | : | Case No. 16−23652−JAD |
| **Frederick H. Nelson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 72 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 7th of June, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23652-JAD
Tammy Nelson                                                          Chapter 13
Frederick H. Nelson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 3              Date Rcvd: Jun 07, 2019
                               Form ID: 309            Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
```
db/jdb          Tammy Nelson,    Frederick H. Nelson,    621 Idlewood Ave,    Carnegie, PA 15106-1126
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14354887       +Aarons Inc,    PO Box 100039,    Kennesaw, GA 30156-9239
14297878        Advance America,    1635 Franklin St,    Toronto, OH 43964
14297889        Cbe Group,    Attn: Bankruptcy,    PO Box 900,    Waterloo, IA 50704-0900
14297890        Cenlar,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14297892        Citizens Bank,    PO Box 7000,    Providence, RI 02940-7000
14297893        Combined Insurance,    PO Box 1160,    Glenview, IL 60025-8160
14297907        Community Credit,    15503 Ventura Blvd Ste 300,    Encino, CA 91436-3127
14297909        Credit Control, LLC,    PO Box 248,    Hazelwood, MO 63042-0248
14297910        D & A Services,    1400 E Touhy Ave Ste G2,    Des Plaines, IL 60018-3338
14354863       +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14297915        KML Law Group, P.C.,    David Fein, Esq. Mellon Independence Cen,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
14297914        Keymed Data Services,    PO Box 102607,    Atlanta, GA 30368-2607
14965617       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14347752       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14297919        Preferred Primary Care Physcians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297920        Preferred Primary Care Physicians Inc.,    1910 Cochran Rd,    Pittsburgh, PA 15220-1203
14297921        Prime Credit,    6170 W Lake Mead Blvd # 461-2439,    Las Vegas, NV 89108-2661
14297922        Progressive Debt Relief,    5703 Red Bug Lake Rd Ste 283,    Winter Springs, FL 32708-4969
14297924        RMS,    PO Box 361598,    Columbus, OH 43236-1598
14297923        Real Payday Loan Help,    13505 S Mur Len Rd Ste 105,    Olathe, KS 66062-1600
14297926        ShopNow Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Jun 08 2019 07:13:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14297881        EDI: CINGMIDLAND.COM Jun 08 2019 07:13:00      AT & T,   PO Box 6416,
                 Carol Stream, IL 60197-6416
14297882        EDI: CINGMIDLAND.COM Jun 08 2019 07:13:00      AT & T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14354586       +EDI: CINGMIDLAND.COM Jun 08 2019 07:13:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
14297877        E-mail/Text: bnc@advanceamerica.net Jun 08 2019 03:37:24      Advance America,
                 1365 Franklin St,    Toronto, OH 43964-1025
14297879        EDI: ACBK.COM Jun 08 2019 07:13:00      American Credit Accept,    961 E Main St,
                 Spartanburg, SC 29302-2185
14326590        EDI: BECKLEE.COM Jun 08 2019 07:13:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14297880        EDI: AMEREXPR.COM Jun 08 2019 07:13:00      Amex,   PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
14297883        EDI: TSYS2.COM Jun 08 2019 07:13:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
14297885        EDI: CAPITALONE.COM Jun 08 2019 07:13:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
14297886        EDI: CAPITALONE.COM Jun 08 2019 07:13:00      Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
14297884        E-mail/Text: cms-bk@cms-collect.com Jun 08 2019 03:36:57      Capital Management Services, LP,
                 698 S Ogden St,    Buffalo, NY 14206-2317
14297887        E-mail/Text: cashamerica@nuvox.net Jun 08 2019 03:37:06      Cashland,    2134 Sunset Blvd,
                 Steubenville, OH 43952-2432
14297888        E-mail/Text: bankruptcynotices@cbecompanies.com Jun 08 2019 03:37:37      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14297891        EDI: CHASE.COM Jun 08 2019 07:13:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
14297894        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
14297895        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/ Crate and Barrel,    PO Box 659705,
                 San Antonio, TX 78265-9705
14297896        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Avenue,    PO Box 659584,
                 San Antonio, TX 78265-9584
14297897        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Bon Ton,    PO Box 182273,
                 Columbus, OH 43218-2273
14297898        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Brylane Home,    PO Box 659728,
                 San Antonio, TX 78265-9728
14297899        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Brylnhme,    PO Box 182789,
                 Columbus, OH 43218-2789
14297900        EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Cathrins,    4590 E Broad St,
                 Columbus, OH 43213-1301
```

```
District/off: 0315-2            User: jhel              Page 2 of 3             Date Rcvd: Jun 07, 2019
                                Form ID: 309            Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14297901       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Eldrbrmn,    PO Box 182789,
                Columbus, OH 43218-2789
14297902       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Lane Bryant,    PO Box 659728,
                San Antonio, TX 78265-9728
14297903       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Roamans,    PO Box 182125,
                Columbus, OH 43218-2125
14297904       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Vctrssec,    PO Box 182789,
                Columbus, OH 43218-2789
14297905       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenity Bank/Womnwthn,    4590 E Broad St,
                Columbus, OH 43213-1301
14297906       EDI: WFNNB.COM Jun 08 2019 07:13:00      Comenitybank/fllbeauty,    4590 E Broad St,
                Columbus, OH 43213-1301
14297908       E-mail/Text: bankruptcy@credencerm.com Jun 08 2019 03:37:45      Credence,
                17000 Dallas Pkwy Ste 204,    Dallas, TX 75248-1940
14355489       EDI: DIRECTV.COM Jun 08 2019 07:13:00      Directv, LLC,   by American InfoSource LP as agent,
                PO Box 5008,    Carol Stream, IL 60197-5008
14297911       E-mail/Text: collections@greentrustcash.com Jun 08 2019 03:37:45      Green Trust Cash,
                PO Box 340,    Hays, MT 59527-0340
14297912       E-mail/Text: Bankruptcy@homebridge.com Jun 08 2019 03:37:56
                Homebridge Financial Services Inc.,    194 Wood Ave S Fl 9,    Iselin, NJ 08830-2761
14810971       EDI: JEFFERSONCAP.COM Jun 08 2019 07:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                St Cloud MN 56302
14297913      +E-mail/Text: BKRMailOPS@weltman.com Jun 08 2019 03:36:58      Kay Jewelers,    375 Ghent Rd,
                Fairlawn, OH 44333-4600
14348771      +EDI: MID8.COM Jun 08 2019 07:13:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14297916       E-mail/Text: bnc@advanceamerica.net Jun 08 2019 03:37:24      National Cash Advance,
                4213 Mall Dr,    Steubenville, OH 43952-3011
14357397       EDI: PRA.COM Jun 08 2019 07:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14297917       E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 08 2019 03:37:40      Plain Green Loans,
                PO Box 270,    Box Elder, MT 59521-0270
14297918      +EDI: PRA.COM Jun 08 2019 07:13:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
14317967       EDI: Q3G.COM Jun 08 2019 07:13:00      Quantum3 Group LLC as agent for,
                JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
14308027       EDI: Q3G.COM Jun 08 2019 07:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
14318836       EDI: Q3G.COM Jun 08 2019 07:13:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
14298395       EDI: RECOVERYCORP.COM Jun 08 2019 07:13:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14297925       EDI: SEARS.COM Jun 08 2019 07:13:00      Sears/Cbna,    PO Box 6282,
                Sioux Falls, SD 57117-6282
14302467      +E-mail/Text: ecf@buckleyking.com Jun 08 2019 03:36:48
                Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14297927       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/gap,    PO Box 965005,    Orlando, FL 32896-5005
14297928       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/jcp,    PO Box 965007,    Orlando, FL 32896-5007
14297929      +EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/lowes,    PO Box 956005,    Orlando, FL 32896-0001
14297930       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/oldnavydc,    PO Box 965005,
                Orlando, FL 32896-5005
14297931       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/qvc,    PO Box 965018,    Orlando, FL 32896-5018
14297932       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/steinmart Pllc,    PO Box 965005,
                Orlando, FL 32896-5005
14297933       EDI: RMSC.COM Jun 08 2019 07:13:00      Syncb/tjx Cos,    PO Box 965015,
                Orlando, FL 32896-5015
14297934       EDI: RMSC.COM Jun 08 2019 07:13:00      Walmart/Synchrony Bank,    PO Box 530927,
                Atlanta, GA 30353-0927
14297935       EDI: BLUESTEM Jun 08 2019 07:13:00      Webbank/gettington,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
14308966       EDI: WFFC.COM Jun 08 2019 07:13:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                Des Moines, IA 50306-0438
14297936       EDI: WFFC.COM Jun 08 2019 07:13:00      Wfdillards,    PO Box 14517,   Des Moines, IA 50306-3517
                                                                                                TOTAL: 56

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HomeBridge Financial Services, Inc.
cr             Sterling Jewelers, Inc. dba Kay Jewelers
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems,      PO Box 7999,
                St Cloud, MN 56302-9617)
cr*           +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                Greenville, SC 29603-0826
                                                                                    TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2              User: jhel                 Page 3 of 3                  Date Rcvd: Jun 07, 2019
                                  Form ID: 309               Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:

```
              Alan C. Hochheiser    on behalf of Creditor   Sterling Jewelers, Inc. dba Kay Jewelers
               ahochheiser@mauricewutscher.com
              Aurelius P. Robleto    on behalf of Plaintiff Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Plaintiff Tammy  Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Tammy  Nelson apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Joint Debtor Frederick H. Nelson apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```