**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMMY NELSON
FREDERICK H. NELSON
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Respondents.

Case No.:16-23652 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/29/2016 and confirmed on 12/20/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,071.27 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,071.27 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 903.90 | |
|   Trustee Fee | 1,284.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,187.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP( | 0.00 | 21,854.62 | 0.00 | 21,854.62 |
|   Acct: 6777 | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP( | 9,985.12 | 0.00 | 0.00 | 0.00 |
|   Acct: 6777 | | | | |
| STERLING JEWELERS INC D/B/A KAY JEW | 1,250.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7487 | | | | |
| AARONS INC | 972.08 | 0.00 | 0.00 | 0.00 |
|   Acct: 3709 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 9,853.17 | 801.88 | 3,916.86 | 4,718.74 |
|   Acct: 9801 | | | | |
| | | | | 26,573.36 |
| **Priority** | | | | |
| AURELIUS P ROBLETO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| TAMMY NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBLETO LAW PLLC | 2,888.00 | 903.90 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP( | 450.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5528 | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,227.70 | 0.00 | 0.00 | 0.00 |
| Acct: 3517 | | | | |
| ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS CENTURION BNK | 4,007.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1002 | | | | |
| AT & T MOBILITY II LLC | 1,020.73 | 0.00 | 0.00 | 0.00 |
| Acct: 6280 | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6987 | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1864 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,135.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0086 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4362 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9536 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 950.26 | 0.00 | 0.00 | 0.00 |
| Acct: 5126 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 680.62 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 623.29 | 0.00 | 0.00 | 0.00 |
| Acct: 8803 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 618.54 | 0.00 | 0.00 | 0.00 |
| Acct: 8266 | | | | |
| CASHLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 254.93 | 0.00 | 0.00 | 0.00 |
| Acct: 6228 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4208 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4324 | | | | |
| CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0598 | | | | |
| COMBINED INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1056 | | | | |
| COMBINED INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0403 | | | | |
| QUANTUM3 GROUP - AGENT FOR JH POR゙ | 349.83 | 0.00 | 0.00 | 0.00 |
| Acct: 0248 | | | | |
| QUANTUM3 GROUP - AGENT FOR JH POR゙ | 283.73 | 0.00 | 0.00 | 0.00 |
| Acct: 6272 | | | | |
| MIDLAND FUNDING LLC | 536.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7022 | | | | |
| QUANTUM3 GROUP - AGENT FOR JH POR゙ | 1,001.41 | 0.00 | 0.00 | 0.00 |
| Acct: 9194 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 435.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9111 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 7406 | 983.45 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 8617 | 1,937.23 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP - AGENT FOR JH PORT<br>Acct: 4431 | 506.59 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC<br>Acct: 2296 | 779.65 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 2822 | 1,074.05 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 8150 | 474.94 | 0.00 | 0.00 | 0.00 |
| COMMUNITY CREDIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMUNITY CREDIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP - AGENT FOR JH PORT<br>Acct: 3667 | 1,149.41 | 0.00 | 0.00 | 0.00 |
| GREEN TRUST CASH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SADINO FU<br>Acct: 4170 | 809.67 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SADINO FU<br>Acct: 6042 | 566.39 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSICIANS<br>Acct: 8447 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSICIANS<br>Acct: 4109 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIME CREDIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PROGRESSIVE DEBT RELIEF<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL PAYDAY LOAN HELP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RMS<br>Acct: 9581 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2452 | 3,643.45 | 0.00 | 0.00 | 0.00 |
| SHOP NOW PAY PLAN<br>Acct: 16A4 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9071 | 532.94 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 1009 | 1,114.93 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 1626 | 616.04 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9405 | 2,286.73 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 7347 | 368.27 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEBRIDGE FINANCIAL SERVICES<br>Acct: 5528 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: 5528 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0623 | | | | |
|   MIDLAND FUNDING LLC | 508.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0316 | | | | |
|   MIDLAND FUNDING LLC | 1,136.51 | 0.00 | 0.00 | 0.00 |
| Acct: 9057 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO F | 1,646.66 | 0.00 | 0.00 | 0.00 |
| Acct: 3536 | | | | |
|   WELLS FARGO BANK NA | 303.64 | 0.00 | 0.00 | 0.00 |
| Acct: 8173 | | | | |
|   CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDENCE EXCELLENCE BEYOND BELIEF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   D & A SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KEYMED DATA SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4109 | | | | |
|   KEYMED DATA SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8447 | | | | |
|   STERLING JEWELERS INC D/B/A KAY JEW | 1,251.57 | 0.00 | 0.00 | 0.00 |
| Acct: 7487 | | | | |
|   MIDLAND FUNDING LLC | 681.71 | 0.00 | 0.00 | 0.00 |
| Acct: 7729 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 388.76 | 0.00 | 0.00 | 0.00 |
| Acct: 5130 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                               26,883.36

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 760.00 |
| SECURED | 22,060.37 |
| UNSECURED | 35.887.51 |

Date: 07/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com